# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEO McNEIL** | : | CIVIL ACTION |
| *Petitioner* | : | |
| | : | NO. 22-3694 |
| v. | : | |
| | : | |
| **BOBBI JO SALAMON, *et al.*,** | : | |
| *Respondents* | : | |

# ORDER

**AND NOW,** this 16th day of January 2026, upon consideration of the Petitioner Leo McNeil's ("Petitioner") *petition for writ of habeas corpus*, (ECF 1), the counseled amended petition, (ECF 14), Respondent's response in opposition, (ECF 21), the Report and Recommendation ("R&R") issued by the Honorable United States Magistrate Judge Lynne A. Sitarski, (ECF 23), and Petitioner's objections thereto, (ECF 29), it is hereby **ORDERED**, consistent with the reasoning set forth in the accompanying memorandum opinion, that:

1. Petitioner's objections to the R&R are **OVERRULED**;

2. The R&R is **APPROVED** and **ADOPTED**;

3. The *petition and amended petition for a writ of habeas corpus* are **DISMISSED,** with prejudice, without an evidentiary hearing; and

4. Petitioner has neither shown a denial of a federal constitutional right nor established that reasonable jurists would disagree with this court's procedural disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

The Clerk of Court shall mark this matter **CLOSED.**

                                                            BY THE COURT:

                                                            /s/ *Nitza I. Quiñones Alejandro*
                                                            **NITZA I. QUIÑONES ALEJANDRO**
                                                            *Judge, United States District Court*